*May 1, 1934.*

THEWALT, Appellant, vs. UNION AUTOMOBILE INSURANCE COMPANY and another, Defendants: THEWALT and another, Respondents.

For the appellant: *Joseph A. Padway*, attorney, and *Nora B. Padway* of counsel, both of Milwaukee.
For the respondents: *Thomas E. Torphy* of Milwaukee.
*By the Court.*—Judgment affirmed.

SCHOCK, Appellant, vs. FINLEY and another, Respondents.

For the appellant: *Crawford & Crawford* of Superior.
For the respondents: *Sanborn, Lamoreux & Pray* of Ashland.
*By the Court.*—Judgment affirmed.

*May 8, 1934.*

MILWAUKEE RESTAURANT COMPANY and others, Appellants, vs. HENRIKSON and others, Respondents.

For the appellants: *Alexander, Burke & Clark, Frank P. Burke* and *Giles F. Clark,* attorneys, and *George A. Burns* of counsel, all of Milwaukee.
For the respondents: *Lines, Spooner & Quarles,* attorneys, and *Charles B. Quarles* of counsel, all of Milwaukee.
*By the Court.*—Judgment affirmed.